IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| GURUANT SINGH, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. CIV-26-405-D |
| ) | |
| SCARLET GRANT ET AL., ) | |
| ) | |
| Respondents. ) | |

## ORDER TO CURE DEFICIENCIES

The Court has received the habeas corpus petition filed by counsel Eliyahu Yuli Kaplunovsky on behalf of Petitioner. Doc. 1. It appears counsel is not a resident of and does not maintain an office in Oklahoma. He is therefore required to comply with LCvR83.3, which requires association of nonresident counsel with local counsel. Counsel must also file an entry of appearance under LCvR83.4.

Counsel shall cure these deficiencies by **March 13, 2026**.

**SO ORDERED** this 9th day of March, 2026.

_____
SUZANNE MITCHELL
UNITED STATES MAGISTRATE JUDGE