## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

GURUANT SINGH,                          )
                                        )
   Petitioner,                       )
                                        )
v.                                      )
                                        )   **Case No. CIV-26-405-D**
                                        )
SCARLET GRANT ET AL.,                   )
                                        )
   Respondents.                      )

### SECOND ORDER TO CURE DEFICIENCIES

The Court ordered Petitioner's counsel to comply with the Local Rules by associating with local counsel and filing an entry of appearance by March 13, 2026. Doc. 5. Counsel has not responded to the Court's order.

The Court again orders counsel to comply with the Local Rules of this Court by associating with local counsel or seeking relief from the Rule and by filing an entry of appearance **on or before March 23, 2026**. *See* LCvR83.3 & 83.4. If counsel fails to timely comply with this order to cure, the Court will deem him withdrawn as counsel for Petitioner in this action. And counsel's failure to comply with this Order may also result in the Court dismissing this action for failure to prosecute.

**SO ORDERED** this 18th day of March, 2026.

_____
SUZANNE MITCHELL
UNITED STATES MAGISTRATE JUDGE