## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

GURJANT SINGH,            )
                                  )
     Petitioner,         )
                                  )
v.                       )     Case No. CIV-26-405-D
                                  )
SCARLET GRANT, *et al.*,    )
                                  )
     Respondents.     )

## <u>ORDER</u>

Petitioner Gurjant Singh filed a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241. [Doc. No. 1]. The matter was referred to United States Magistrate Judge Suzanne Mitchell for initial proceedings in accordance with 28 U.S.C. § 636(b)(1)(B) and (C). [Doc. No. 3].

On May 4, 2026, Judge Mitchell issued a Report and Recommendation ("Report"), in which she recommends that the Court dismiss Petitioner's habeas petition. [Doc. No. 18], In the Report, Judge Mitchell concludes that dismissal without prejudice is appropriate, so that Petitioner may correct the "clerical and structural errors" he noted in his reply in support of the Petition. *Id.* at p. 2-3.

In the Report, Judge Mitchell notified Petitioner of his right to file an objection to the Report on or before May 18, 2026, and that the failure to object waives Petitioner's right to appellate review of both factual and legal issues contained in the report. *See Moore v. United States*, 950 F.2d 656, 659 (10th Cir. 1991).

1

Upon review of the record, Petitioner did not file an objection to the Report. However, on May 13, 2026, Petitioner filed a Motion for Leave to File an Amended Petition. [Doc. No. 19]. Respondents did not file a response to Petitioner's Motion for Leave to File an Amended Petition, and the time to do so has passed.

Accordingly, the Court **ADOPTS** the Report [Doc. No. 18] in its entirety, and **GRANTS** Petitioner's Motion for Leave to File an Amended Petition [Doc. No. 19].

## CONCLUSION

**IT IS THEREFORE ORDERED** that Petitioner's Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 [Doc. No. 1] is **DISMISSED**, but with leave to file an amended petition.

**IT IS FURTHER ORDERED** that Petitioner may file an amended petition on or before June 26, 2026. Should Petitioner fail to timely amend his petition, this action will be dismissed without prejudice.

**IT IS SO ORDERED** this 15th day of June, 2026.

TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE

2